## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trustees of the Electrical Workers Local
292 Pension Plan,

        Plaintiff,                     Civil 10-04862 (PAM/FLN)

v.

                                    **ORDER OF DISMISSAL**

Peterson Electric Unlimited, Inc.,

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July   15   , 2011

                                                   *s/Paul A. Magnuson*
                                                   Paul A. Magnuson, Judge
                                                   United States District Court