UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

Trustees of the Electrical Workers Local 292 Pension Plan and each of their successors,

                Plaintiffs,

vs.

Petersen Electric Unlimited, Inc.,

                Defendant.

**ORDER**

Civil File No. 10-04862 (PAM/FLN)

_____

Upon a Stipulation filed by the parties on January 24, 2012, the District Court makes the following **ORDER:**

Defendant Petersen Electric Unlimited, Inc. may respond to Plaintiffs' Motion for Summary Judgment through January 30, 2012.

Dated: January   25   , 2012.

                BY THE COURT:

                s/Paul A. Magnuson
                Paul A. Magnuson
                United States District Court Judge